UNITED STATES DISTRICT COURT
For the Southern District of New York

| | |
|---|---|
| COÖPERATIEVE RABOBANK U.A., NEW YORK BRANCH, BROWN BROTHERS HARRIMAN & CO., BANK HAPOALIM B.M., MITSUBISHI INTERNATIONAL CORPORATION, ICBC STANDARD BANK PLC, TECHEMET METAL TRADING, LLC, WOODFOREST NATIONAL BANK and HAIN CAPITAL INVESTORS MASTER FUND, LTD., <br><br>            Plaintiffs, <br><br>     v. <br><br>CROWE LLP, <br><br>            Defendant. | Case No. 1:20-cv-01556-LGS <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I am admitted to practice in this court, and I appear in this case as counsel for all plaintiffs: Coöperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank PLC, Techemet Metal Trading, LLC, Woodforest National Bank, and Hain Capital Investors Master Fund, Ltd.

Dated:  February 25, 2020

                                                  /s/Andrew T. Solomon
                                                  Andrew T. Solomon
                                                  asolomon@solomoncramer.com

                                                  SOLOMON & CRAMER LLP
                                                  1441 Broadway, Ste. 6026
                                                  New York, NY 10018
                                                  (t)(212) 884-9102
                                                  (f)(516) 368-3896