UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COOPERATIEVE RABOBANK U.A., NEW YORK
BRANCH, BROWN BROTHERS HARRIMAN & CO.,
BANK HAPOALIM B.M., MITSUBISHI
INTERNATIONAL CORPORATION, ICBC
STANDARD BANK PLC, TECHEMET METAL
TRADING, LLC, WOODFOREST NATIONAL BANK
and HAIN CAPITAL INVESTORS MASTER FUND,
LTD.,

Case No. 1:20-cv-01556-LGS

          Plaintiffs,

vs.

CROWE LLP

          Defendant.
------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned counsel are admitted to the Bar of this Court and appear in this case as counsel for Defendant Crowe LLP.

Dated: New York, New York
       March 12, 2020

                                    **KAGEN & CASPERSEN PLLC**

                                    By: _____
                                    Stuart Kagen, Esq.
                                    Joel M. Taylor, Esq.
                                    757 Third Avenue, 20th Floor
                                    New York, NY 10017
                                    Tel: 212-880-2045
                                    skagen@kagencaspersen.com
                                    jtaylor@kagencaspersen.com

                                    *Counsel for Defendant*