```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                :         DOC #:
COOPERATIEVE RABOBANK U.A., NEW                 :         DATE FILED: 03/16/2020
YORK BRANCH, et al.,                            :
                                                :
                            Plaintiffs,         :         20 Civ. 1556 (LGS)
                                                :
            -against-                           :         ORDER
                                                :
CROWE LLP,                                      :
                                                :
                            Defendant.          :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is ORDERED that this case be referred to the Bankruptcy Court pursuant to the accompanying Standing Order.

The Clerk of Court is respectfully directed to ensure the successful transfer of this case to the Bankruptcy Court for the Southern District of New York.

Dated: March 16, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2·1·2012

12 MISC 0032

In the Matter of:

Standing Order of Reference
Re: Title 11

AMENDED
STANDING ORDER
OF REFERENCE

M10-468

Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

If a bankruptcy judge or district judge determines that entry of a final order or judgment by a bankruptcy judge would not be consistent with Article III of the United States Constitution in a particular proceeding referred under this order and determined to be a core matter, the bankruptcy judge shall, unless otherwise ordered by the district court, hear the proceeding and submit proposed findings of fact and conclusions of law to the district court. The district court may treat any order of the bankruptcy court as proposed findings of fact and conclusions of law in the event the district court concludes that the bankruptcy judge could not have entered a final order or judgment consistent with Article III of the United States Constitution.

SO ORDERED.

_Loretta A. Preska_
Loretta A. Preska
Chief Judge

Dated:   New York, New York
         January 31, 2012

g:\bankruptcy\order-bankruptcy amendments Act 1984 re Title 11 - jan 2012.wpd